CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00915

Boney v. Davol Inc et al
Assigned to: Judge Nancy F. Atlas
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/21/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John Boney**

represented by **Steven Michael Johnson**
Atty at Law
3437 West 7th Street
Ste 258
Ft Worth, TX 76107
817−339−8878
Fax: 214−853−4151
Email: stevesemailbox@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

**Defendant**

**C R Bard Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2008 | Ï 1 | COMPLAINT against all defendants (Filing fee $ 350) filed by John Boney. (Attachments: # 1 Civil Cover Sheet)(ltien, ) (Entered: 03/24/2008) |
| 03/24/2008 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons.Initial Conference set for 6/13/2008 at 01:30 PM in Courtroom 9F before Judge Nancy F. Atlas.( Signed by Judge Nancy F. Atlas ) Parties notified.(ltien, ) (Entered: 03/24/2008) |
| 03/24/2008 | Ï | Filing fee re: 1 Complaint : $350.00, receipt number 590200, filed. (agould, ) (Entered: 03/24/2008) |
| 03/31/2008 | Ï 3 | ORDER STAYING CASE. Case terminated on 3/31/2008.this case is STAYED AND ADMINISTRATIVELY CLOSED pending transfer to MDL−1842, In re Kugel Mesh Hernia Patch Products Liability Litigation.( Signed by Judge Nancy F. Atlas ) Parties notified.(sashabranner, ) (Entered: 03/31/2008) |
| 06/10/2008 | Ï 4 | JPML CONDITIONAL TRANSFER ORDER (CTO−18) (certified copy) transferring case to USDC−RI to be included in MDL Docket No. |

| | | |
|---|---|---|
| | | 1842.(smurdock, ) (Entered: 06/12/2008) |